In the matter of HARWOOD, an imprisoned debtor.

THE prisoner being brought up on an *habeas corpus*, Hosford moved for his discharge under the " act for the recovery of debts to the value of twenty-five dollars," passed *April* 5, 1813, (sess. 36. ch. 53. sect. 12. 1 *N. R. L.* 387.) on the usual affidavit. It appeared that he had been imprisoned for more than 60 days, on an execution issued on a judgment recovered against him under the late *act, extending* the *jurisdiction of justices of the peace* to demands over *twenty-five* dollars, and not exceeding *fifty* dollars, passed *April* 10, 1818, (sess. 41. ch. 94.) which provides, that a transcript of the judgment of the justice of the peace may be filed in the office of the clerk of the county, and recorded by him, who is directed to issue execution on such judgment, to the sheriff of the county, &c.

*I. Hamilton*, contra, contended, that the judgment against the prisoner having been recorded in the office of the clerk of the county, and an execution issued to the sheriff, the justice had no further power or authority in the case, and that the provisions of the act of the 5th of *April*, 1813, were not applicable to this case.

*Per Curiam.* The 12th section of the last act, (sess. 41. ch. 94.) declares, that the form of proceedings under the act shall be, in all respects, the same as under the aforesaid " act for the recovery of debts to the value of 25 dollars ;" and all the provisions of the said act, and the amendments thereto, are declared to apply to this act, except as therein otherwise directed. This clause gives effect to the provisions of the act of *April*, 1813 ; and we are of opinion, therefore, that the prisoner is entitled to his discharge.

Prisoner discharged.

A person who has been imprisoned more than 30 or 60 days, as the case may be, on execution issued on a judgment recovered before a justice of the peace, and recorded with the clerk of the county, under the *act extending the jurisdiction of justices of the peace*, (sess. 41. ch. 94.) is entitled to his discharge, on the usual affidavit, as to his imprisonment, according to the provisions of *the act for the recovery of debts to the value of 25 dollars*, passed the 5th of *April*, 1813, all the provisions of which act, are applicable to the act above mentioned, (sess. 41. ch. 94.) except so far as it has otherwise directed.